### 14985. CRUTCHFIELD v. THE STATE.

The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

DECIDED NOVEMBER 15, 1923.

Indictment for manufacture of liquor; from Sumter superior court—Judge Littlejohn. August 4, 1923.

*Zach Childers,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.

LUKE, J. The defendant in this case contends that his conviction of the crime of which he was charged was not authorized by the evidence, and he further contends that the court erred in

overruling certain objections to testimony. The evidence fully authorized the conviction, and the court properly overruled his objections to the testimony complained of. The court having approved the verdict, it was proper to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*